**DESIGNATION AND ASSIGNMENT
OF A SENIOR UNITED STATES JUDGE
FOR SERVICE IN ANOTHER CIRCUIT**

The Chief Judge of the United States Court of Appeals for the District of Columbia

Circuit has certified that there is a necessity for the designation and assignment of a judge from

another circuit or another court to perform judicial duties in the United States District Court for

the District of Columbia in 10cv1857, 04cv2205, 06cv1268, 07cv2173, and 10cv1962. The

**HONORABLE FREDERICK J. SCULLIN, JR.**

a Senior Judge of the United States District Court for the Northern District of New York has

consented to such designation and assignment.

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States

Code, section 294(d), I do hereby designate and assign the Honorable Frederick J. Scullin, Jr., to

perform judicial duties in the United States District Court for the District of Columbia for the

period or purpose stated and for such time as needed in advance to prepare and to issue necessary

orders, or thereafter as required to complete unfinished business.

**CHIEF JUSTICE OF THE UNITED STATES**

Washington, D.C. **SEP 1 4 2011**

A True copy WILLIAM K. SUTER
Test:
Clerk of the Supreme Court of the United States
By _____
Chief Deputy